# EXHIBIT D

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------X
Larkland A Wright,                                       CASE NO. 10-24347
And Josephine Wright,


----------------------------------------X

RELIEF FROM STAY - REAL ESTATE AND
COOPERATIVE APARTMENTS

I Danny Garcia of OneWest Bank FSB as Attorney in Fact For U.S. Bank National Association, as trustee for the LXS 2006-10N (HEREINAFTER, "MOVANT") HEREBY DECLARE:

### BACKGROUND INFORMATION

1. REAL PROPERTY OR COOPERATIVE APARTMENT ADDRESS WHICH IS THE SUBJECT OF THIS MOTION: 1759 Lincoln Terrace, Peekskill, NY 10566

2. LENDER NAME: OneWest Bank FSB as Attorney in Fact For U.S. Bank National Association, as trustee for the LXS 2006-10N

3. DATE OF MORTGAGE <MM/DD/YYYY>: 4/20/2006

4. POST-PETITION PAYMENT ADDRESS:
888 East Walnut Street
Pasadena, CA 91101

### DEBT/VALUE REPRESENTATIONS

5. TOTAL PRE-PETITION AND POST-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AT THE TIME OF FILING THE MOTION: $352,866.79
(Note: this amount may not be relied on as a "payoff" quotation.)

6. MOVANT'S ESTIMATED MARKET VALUE OF THE REAL PROPERTY: $260,000.00

7. SOURCE OF ESTIMATED VALUATION: Schedule A

## STATUS OF DEBT AS OF
## THE PETITION DATE

8. TOTAL PRE-PETITION INDEBTEDNESS OF DEBTOR(S) TO MOVANT AS OF

PETITION FILING DATE: $333,894.13

A. AMOUNT OF PRINCIPAL: $323,475.62

B. AMOUNT OF INTEREST: $5,437.44

C. AMOUNT OF ESCROW (taxes and insurance): $3,892.63

D. AMOUNT OF FORCED PLACED INSURANCE EXPENDED BY MOVANT: $ 0

E. AMOUNT OF ATTORNEYS' FEES BILLED TO DEBTOR(S) PRE-PETITION: $500.00

F. AMOUNT OF PRE-PETITION LATE FEES, IF ANY, BILLED TO DEBTOR(S): $193.44

9. CONTRACTUAL INTEREST RATE: __Variable__ (If interest rate is (or was) adjustable, please list the rate(s) and date(s) the rate(s) was/were in effect on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: __1__ .)

10. PLEASE EXPLAIN ANY ADDITIONAL PRE-PETITION FEES, CHARGES OR AMOUNTS CHARGED TO DEBTOR'S/DEBTORS' ACCOUNT AND NOT LISTED ABOVE: Inspection Fees: $110.00, Broker Price Opinion: $285.00, (If additional space is needed, please list the amounts on a separate sheet and attach the sheet as an exhibit to this form; please list the exhibit number here: _____ .)

### AMOUNT OF ALLEGED POST-PETITION DEFAULT
### (AS OF    9/9/2011    <MM/DD/YYYY>)

11. DATE LAST PAYMENT WAS RECEIVED:    7/1/2010    <MM/DD/YYYY>

12. ALLEGED TOTAL NUMBER OF PAYMENTS DUE POST-PETITION FROM FILING OF PETITION THROUGH PAYMENT DUE ON    9/1/2011    <mm/dd/yyyy>: __10__.

13. PLEASE LIST ALL POST-PETITION PAYMENTS ALLEGED TO BE IN DEFAULT:

| ALLEGED PAYMENT DUE DATE | ALLEGED AMOUNT DUE | AMOUNT RECEIVED | AMOUNT APPLIED TO PRINCIPAL | AMOUNT APPLIED TO INTEREST | AMOUNT APPLIED TO ESCROW | LATE FEE CHARGED (IF ANY) |
|---|---|---|---|---|---|---|
| 12/1/2010 | $1,653.97 | 0 | 0 | 0 | 0 | 0 |
| 1/1/2011 | $1,653.97 | 0 | 0 | 0 | 0 | 0 |
| 2/1/2011 | $1,653.97 | 0 | 0 | 0 | 0 | 0 |
| 3/1/2011 | $1,653.97 | 0 | 0 | 0 | 0 | 0 |
| 4/1/2011 | $1,653.97 | 0 | 0 | 0 | 0 | 0 |
| 5/1/2011 | $1,653.97 | 0 | 0 | 0 | 0 | 0 |
| 6/1/2011 | $2,087.21 | 0 | 0 | 0 | 0 | 0 |
| 7/1/2011 | $2,087.21 | 0 | 0 | 0 | 0 | 0 |
| 8/1/2011 | $2,087.21 | 0 | 0 | 0 | 0 | 0 |
| 9/1/2011 | $2,087.21 | 0 | 0 | 0 | 0 | 0 |
| TOTALS: | $18,272.66 | 0 | 0 | 0 | 0 | 0 |

14. AMOUNT OF MOVANT'S ATTORNEYS FEES BILLED TO DEBTOR FOR THE PREPARATION, FILING AND PROSECUTION OF THIS MOTION: $550.00

15. AMOUNT OF MOVANT'S FILING FEE FOR THIS MOTION: $150.00

16. OTHER ATTORNEYS' FEES BILLED TO DEBTOR POST-PETITION: $ 0

17 AMOUNT OF MOVANT'S POST-PETITION INSPECTION FEES: $ 0

18. AMOUNT OF MOVANT'S POST-PETITION APPRAISAL/BROKER'S PRICE OPINION: $ 0

19. AMOUNT OF FORCED PLACED INSURANCE OR INSURANCE PROVIDED BY THE MOVANT POST-PETITION: $ 0

20. SUM HELD IN SUSPENSE BY MOVANT IN CONNECTION WITH THIS CONTRACT, IF APPLICABLE: $ 0

21. AMOUNT OF OTHER POST-PETITION ADVANCES OR CHARGES, FOR EXAMPLE TAXES, INSURANCE INCURRED BY DEBTOR ETC. : $ 0

10-24347-rdd    Doc 32-4    Filed 10/24/11    Entered 10/24/11 11:36:52    Exhibit D
Pg 5 of 8

## REQUIRED ATTACHMENTS TO MOTION

Please attach the following documents to this motion and indicate the exhibit number associated with the documents.

(1)     Copies of documents that indicate Movant's interest in the subject property. For purposes of example only, a complete and legible copy of the promissory note or other debt instrument together with a complete and legible copy of the mortgage and any assignments in the chain from the original mortgagee to the current moving party should be attached. (Exhibit _A__.)

(2)     Copies of documents establishing proof of standing to bring this Motion. (Exhibit _A__.)

(3)     Copies of documents establishing Movant's interest in the real property or cooperative apartment were perfected. For the purposes of example only, a complete and legible copy of the Financing Statement (UCC-1) filed with either the Clerk's Office or the Register of the county the property or cooperative apartment is located in. (Exhibit __A___.)

## CERTIFICATION FOR BUSINESS RECORDS

      I CERTIFY THAT THE INFORMATION PROVIDED IN THIS WORKSHEET AND/OR ANY EXHIBITS ATTACHED TO THIS WORKSHEET WERE MADE AT OR NEAR THE TIME OF THE OCCURRENCE OF THE MATTERS SET FORTH BY, OR FROM INFORMATION TRANSMITTED BY, A PERSON WITH KNOWLEDGE OF THOSE MATTERS, WERE KEPT IN THE COURSE OF THE REGULARLY CONDUCTED ACTIVITY; AND WERE MADE BY THE REGULARLY CONDUCTED ACTIVITY AS A REGULAR PRACTICE.

      I FURTHER CERTIFY THAT COPIES OF ANY TRANSACTIONAL DOCUMENTS ATTACHED TO THIS WORKSHEET AS REQUIRED BY PARAGRAPHS 1, 2 AND 3, IMMEDIATELY ABOVE, ARE TRUE AND ACCURATE COPIES OF THE ORIGINAL DOCUMENTS.

      DECLARATION

      I _Danny Garcia_ of OneWest Bank FSB as Attorney in Fact For U.S. Bank National Association, as trustee for the LXS 2006-10N HEREBY DECLARE PURSUANT 28 U.S.C. SECTION 1746 UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT BASED ON PERSONAL KNOWLEDGE OF THE MOVANT'S BOOKS AND BUSINESS RECORDS.

      EXECUTED AT **Austin**   <CITY/TOWN>, **Texas** <STATE>
ON THIS _12th_ DAY OF _September_   <MONTH>, 20_11_ <YEAR>.

_[signed] Danny Garcia_
OFFICER Danny Garcia    Assistant Secretary
OneWest Bank FSB as Attorney in Fact For U.S. Bank National Association, as trustee for the LXS 2006-10N
888 East Walnut Street
Pasadena, CA 91101

Exhibit 1

Interest Rate Changes

| | | |
|---|---|---|
| 6/1/2010 | 3.813% | $1,027.84 |
| 7/1/2010 | 3.802% | $1,024.88 |
| 8/1/2010 | 3.786% | $1,020.57 |
| 9/1/2010 | 3.77% | $1,016.25 |
| 10/1/2010 | 3.753% | $1,011.67 |
| 11/1/2010 | 3.742% | $336.23 |
| | | |